IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PIERRA P. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-1076 |
| | ) | Judge Trauger |
| JOHN E. POTTER, Postmaster General, c/o | ) | Magistrate Judge Bryant |
| Southeast Area Operations, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On January 28, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendant's Motion For Summary Judgment (Docket No. 24) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 23rd day of February 2009.

_____
ALETA A. TRAUGER
U.S. District Judge